Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Oregon

____Portland_____ Division

Brooklynn Clark
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Marquis Companies, Emily Walton, Katy Zaharte, Mia Yeager, Justin Mackey, John/Jane Does 1-10
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:23-cv-404-JR
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Brooklynn Clark
Street Address: P.O. Box 6898
City and County: Portland and Washington Co.
State and Zip Code: Oregon 97228
Telephone Number: 201.923.9617
E-mail Address: BrooklynnCharity@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Marquis Companies
- Job or Title (if known): Corporate Entity
- Street Address: 4560 SE International Way, Suite 100
- City and County: Milwaukie & Clackamas
- State and Zip Code: Oregon, and 97222
- Telephone Number: 971.206.5272
- E-mail Address (if known): marquiseducation@marquiscompanies.com

Defendant No. 2
- Name: Emily Walton
- Job or Title (if known): Education Department Administrator
- Street Address: 4560 SE International Way, Suite 100
- City and County: Milwaukie & Clackamas
- State and Zip Code: Oregon & 97222
- Telephone Number: 971.206.5272
- E-mail Address (if known): emwalton@marquiscompanies.com

Defendant No. 3
- Name: Katy Zaharte, V.P. of Talent
- Job or Title (if known): Vice President of Talent
- Street Address: 4560 SE International Way, Suite 100
- City and County: Milwaukie & Clackamas
- State and Zip Code: Oregon & 97222
- Telephone Number: 971.206.5272
- E-mail Address (if known):

Defendant No. 4
- Name: Mia Yeager
- Job or Title (if known): Instructor
- Street Address: 4560 SE International Way, Suite 100
- City and County: Milwaukie & Clackamas
- State and Zip Code: Oregon & 97222
- Telephone Number: 971.206.5272
- E-mail Address (if known):

*additional sheet for more Defendants

Defendant No. 5

Name: Justin Mackey
Job or Title: Instructor
Street Address: 4560 SE International Way, Suite 100
City and County: Milwaukie & Clackamas
State and Zip Code: Oregon & 97222
Telephone Number: 971.206.5272
E-mail Address: JRMackey@MarquisCompanies.com

Defendant No. 6

Name: John/Jane Does 1-10
Job or Title:
Street Address: 4560 SE International Way, Suite 100
City and County: Milwaukie & Clackamas
State and Zip Code: Oregon & 97222
Telephone Number: 971.206.5272
Email Address:


## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VI of the Civil Rights Act of 1964;
Title IX of the Education Amendments of 1972;
Section 504 of the Rehabilitation Act of 1973; + Title II of the Americans w/ Disabilities Act of 1990

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* ~~Brooklynn Clark~~ BK, is a citizen of the
        State of *(name)* Oregon BK.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated
        under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)*
        _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____. Or is a citizen of
        *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* __Marquis Companies BK__ , is incorporated under the laws of the State of *(name)* __~~Oregon~~ BK__ , and has its principal place of business in the State of *(name)* __~~Oregon~~ BK__ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

__Intentional Tort, Loss of Wages, Treble Damages__

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__See attached page.__

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## III. Statement of Claim

- ~~Marqtot~~ Marquis Co. [BK]:

  Facilitated a hostile and discriminatory work and school environment

- Emily Walton:

  Learned about the hostile and discriminatory work and school environment; and helped to perpetuate it.

- Katy Zaharte:

  Learned ~~Learned~~ [BK] about the hostile and discriminatory work and school environment; and helped to perpetuate it.

- Mia Yeager:

  Discriminated against the ~~Plain~~ [BK] [Plaintiff] by targeting her and ordering her to remove her N-95 facemask

- Justin Mackey:

  Discriminated against the Plaintiff by targeting her multiple times for wearing two surgical masks and for wear her N95 facemasks

- John/Jane Does 1-10:

  To be determined

## IV. Relief

The Plaintiff is asking the Court to order the Defendants to pay money to the ~~Hank~~ Plaintiff for the harm/damage cause by unequal terms and conditions of:

#1 - Education; and

#2 - Employment.

The Defendants actions caused the Plaintiff a loss in wages. The Defendants actions were repeated and intentional, so the Plaintiff asks the Court to order the Defendants to pay punative damages. Furthermore, the Defendants were aware that the Plaintiff is a person with disabilities who sought reasonable accommodations that were agreed to then later ignored. The blatant disregard for the Plaintiff's medically necessary reasonable accommodations by the Defendants have caused additional damages. Further still the Plaintiff believes that the Defendants' actions may have been motivated by racial and/or Gender discrimination.

*See attached page*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03.20.2023

Signature of Plaintiff: *Brooklynn C.*
Printed Name of Plaintiff: Brooklynn Clark

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address