IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BROOKLYNN C. CLARK,<br><br>　　　　Plaintiff,<br>　v.<br><br>MARQUIS CLINICAL SERVICES, LLC, MARQUIS COMPANIES I, INC., MARQUIS COMPANIES II, INC., MARQUIS COMPANIES, EMILY WALTON, KATY ZAHRTE, MIA YEAGER, JUSTIN MACKEY, and JANE/JOHN DOES 1-10,<br><br>　　　　Defendants. | Case No.: 3:23-cv-00404-JR<br><br>JUDGMENT |

　　　Based on this Court's ORDER,

　　　It is adjudged that this case is DISMISSED.

IT IS SO ORDERED.

　　　DATED this 13th day of January, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Adrienne Nelson
　　　　　　　　　　　　　　　　　　　United States District Judge

1